IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

LAMAR CASLEBERRY,         *

       Plaintiff,         *

v.                                                      Case No.  5:23-cv-00168-CAR-CHW

                    *

DR DAVID EKWINIFE et al.,

       Defendants.         *

_____     *

## J U D G M E N T

Pursuant to this Court's Order dated October 9, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 9th day of October, 2024.

                              David W. Bunt, Clerk


                              s/ Erin Pettigrew, Deputy Clerk